Form 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JINDAL POLY FILMS LIMITED OF INDIA<br><br>                                        Plaintiff,<br>         v.<br><br>UNITED STATES<br><br>                                        Defendant. | **SUMMONS**<br><br>Court No. 19-00050 |

TO:   The Attorney General, the Department of Commerce,
       and/or the United States International Trade Commission:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below:

                                                            /s/Mario Toscano
                                                            Clerk of the Court

---

1. **Name and Standing of Plaintiff**

Plaintiff is Jindal Poly Films Limited of India. It is a foreign producer and exporter of the subject merchandise who participated in the proceedings at the U.S. Department of Commerce. This company has standing under 28 U.S.C. § 2631(c).

2. **Brief Description of Contested Determination**

Appeal of the Order of the Countervailing Duty Administrative Review of the U.S. Department of Commerce in Polyethylene Terephthalate Film, Sheet, and Strip From India ; Case No. C-533-825

3. **Date of Relevant Determination**

Polyethylene Terephthalate Film, Sheet, and Strip From India: Final Results of Countervailing Duty Administrative Review; 2016 published on March 22, 2019, 84 Fed. Reg. 10789

Form 3

### 4. Date of Publication in Federal Register of Notice of Contested Determination

The U.S. Department of Commerce published the Final Results of the Countervailing Duty Administrative Review in the Federal Register on March 22, 2019(84 Fed. Reg. 10789)

        Respectfully submitted,

        /s/Nithya Nagarajan
        Nithya Nagarajan
        Husch Blackwell, LLP

        750 17th St., NW Suite 900
        Washington, D.C. 20006
        (202) 378 – 2409
        Nithya.nagarajan@huschblackwell.com

Dated: April 12, 2019